**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 27, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. # 11-30427 |
| | : | CHAPTER 13 |
| KARA K. PICKRELL | : | JUDGE GUY R. HUMPHREY |
| Debtor | : | |

*ORDER ON DEBTORS' MOTION OBJECTING TO PROOF OF CLAIM OF GMAC*

     This matter came before the Court upon the motion of the Debtors, filed June 14, 2011, (Docket No. 32), objecting to the proof of claim of Creditor, HSBC Bank Nevada NA, (Best Buy Co. Inc.), Court claim no. 6, the Court being advised that there has been no timely response filed to Debtors' objection,

     **IT IS ORDERED, ADJUDGED AND DECREED** that the Debtors' motion is well taken and is hereby sustained.

     **IT IS FURTHER ORDERED** that the claim of Creditor, HSBC Bank Nevada NA, (Best Buy Co. Inc.), is disallowed in the secured amount of $2,229.98 and the unsecured amount of $547.64 and allowed in the secured amount of $1,500.00 and the unsecured amount of $1,277.62.

     **IT IS SO ORDERED.**

Copies To: Default List
Plus: HSBC Bank Nevada NA (Best Buy Co Inc.), c/o Bass & Associates PC, 3936 E Ft Lowell, Suite 200, Tucson, AZ 85712

###