**Ruth Slone**                                                                                           **Invoice**

**Invoice #:** 154
**Invoice Date:** 5/15/2012
**Due Date:** 5/15/2012
**Project:**
**Bill To:**                                                                                  **P.O. Number:**
Pickrell Kara

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 11-2-11 Telephonic conference with attorney for Chapter 13 Trustee re non completion of plan due to higher claim amounts and secured claim of HSBC | 0.15 | 225.00 | 33.75 |
| 11-2-11 Letter to client re need for modification to complete on time | 0.1 | 225.00 | 22.50 |
| 11-7-11 Draft modification after review of file, prepare letter to client to review modification, complete schedules I and J and sign and return | 0.5 | 225.00 | 112.50 |
| 12-20-11 Review email from client re timing on increase in payments and effect of maternity leave, respond to questions | 0.15 | 225.00 | 33.75 |
| 12-21-11 Draft and upload order on modification | 0.25 | 225.00 | 56.25 |
| 27@.44  mod 11-22-11 | | 11.88 | 11.88 |
| 54 copies @.25  11-22-11 | | 13.50 | 13.50 |
| Total Reimbursable Expenses | | | 25.38 |

| | | **Total** | $284.13 |
|---|---|---|---|
| | | **Payments/Credits** | $0.00 |
| | | **Balance Due** | $284.13 |